## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Megan A Hurley aka Megan Ann Marco        CHAPTER 13
<u>Debtor(s)</u>

                                        BKY. NO. 26-12252 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1 and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Maggie Soboleski*
_____
Maggie Soboleski
07 Jul 2026, 12:15:19, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322