**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Megan A Hurley aka Megan Ann Marco      CHAPTER 13
<ins>Debtor(s)</ins>

BKY. NO. 26-12252 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1 and index same on the master mailing list.

    Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
07 Jul 2026, 12:15:19, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 87db82a635621f363b90b56a003f37f31117001888f91f5181cb997f89db6e611