IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-12252

DEBTOR(S):

MEGAN A HURLEY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $264.60

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

7/9/2026