**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

paylocity

Direct Deposit Advice

**Check Date**
May 22, 2026

**Voucher Number**
86235

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | ***6931 | 1,068.74 |
| **Total Direct Deposits** | | | **1,068.74** |

N6467 260 7362 86235 92700 **N6467**
**Megan A Hurley**
7 Madison Rd
Willow Grove, PA 19090-3032

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

## HANSEN PROPERTIES INC

**Megan A Hurley**

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 7362 | Fed Taxable Income | 1,214.50 | Check Date | May 22, 2026 | Voucher Number | 86235 |
| Location | 260 | Fed Filing Status | S | Period Beginning | May 2, 2026 | Net Pay | 1,068.74 |
| Hourly | $21.00 | State Filing Status | S-0 | Period Ending | May 15, 2026 | Total Hours Worked | 57.8333 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CHARGE | | | | 120.00 |
| REFERRA | | | | 150.00 |
| REGULAR | 21.00 | 57.8333 | 1,214.50 | 7,584.89 |
| **Gross Earnings** | | **57.8333** | **1,214.50** | **7,854.89** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 61.89 | 333.74 |
| MED | 17.61 | 113.89 |
| PA | 37.29 | 241.15 |
| PA-462203 | 12.15 | 78.55 |
| PA-WHI9 | 2.00 | 16.00 |
| PASUI-E | 0.85 | 5.50 |
| SS | 75.30 | 487.00 |
| **Taxes** | **207.09** | **1,275.83** |

| Deductions | Amount | YTD |
|---|---|---|
| TRAVEL | -61.33 | -61.33 |
| **Deductions** | **-61.33** | **-61.33** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 1,068.74 |
| **Total Direct Deposits** | | | **1,068.74** |

**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| May 8, 2026 | 85921 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | ***6931 | 908.09 |
| **Total Direct Deposits** | | | **908.09** |

N6467 260 7362 85921 92368 N6467
**Megan A Hurley**
7 Madison Rd
Willow Grove, PA 19090-3032

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

## HANSEN PROPERTIES INC

**Megan A Hurley**

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 7362 | Fed Taxable Income | 1,084.46 | Check Date | May 8, 2026 | Voucher Number | 85921 |
| Location | 260 | Fed Filing Status | S | Period Beginning | April 18, 2026 | Net Pay | 908.09 |
| Hourly | $20.50 | State Filing Status | S-0 | Period Ending | May 1, 2026 | Total Hours Worked | 52.9002 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CHARGE | | | | 120.00 |
| REFERRA | | | | 150.00 |
| REGULAR | 20.50 | 52.9002 | 1,084.46 | 6,370.39 |
| **Gross Earnings** | | **52.9002** | **1,084.46** | **6,640.39** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 46.52 | 271.85 |
| MED | 15.72 | 96.28 |
| PA | 33.29 | 203.86 |
| PA-462203 | 10.84 | 66.40 |
| PA-WHI9 | 2.00 | 14.00 |
| PASUI-E | 0.76 | 4.65 |
| SS | 67.24 | 411.70 |
| **Taxes** | **176.37** | **1,068.74** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 908.09 |
| **Total Direct Deposits** | | | **908.09** |

**HANSEN PROPERTIES INC**
1401 Morris Rd
Blue Bell, PA 19422

paylocity

Direct Deposit Advice

**Check Date**
April 24, 2026

**Voucher Number**
85613

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & | C | ***6931 | 1,281.62 |
| **Total Direct Deposits** | | | **1,281.62** |

N6467 260 7362 85613 92044 N6467
**Megan A Hurley**
7 Madison Rd
Willow Grove, PA 19090-3032

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

**HANSEN PROPERTIES INC**

**Megan A Hurley**

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 7362 | Fed Taxable Income | 1,574.30 | Check Date | April 24, 2026 | Voucher Number | 85613 |
| Location | 260 | Fed Filing Status | S | Period Beginning | April 4, 2026 | Net Pay | 1,281.62 |
| Hourly | $20.50 | State Filing Status | S-0 | Period Ending | April 17, 2026 | Total Hours Worked | 71.9169 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CHARGE | | 0.00 | 100.00 | 120.00 |
| REFERRA | | | | 150.00 |
| REGULAR | 20.50 | 71.9169 | 1,474.30 | 5,285.93 |
| **Gross Earnings** | | **71.9169** | **1,574.30** | **5,555.93** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 105.07 | 225.33 |
| MED | 22.83 | 80.56 |
| PA | 48.33 | 170.57 |
| PA-462203 | 15.74 | 55.56 |
| PA-WHI9 | 2.00 | 12.00 |
| PASUI-E | 1.10 | 3.89 |
| SS | 97.61 | 344.46 |
| **Taxes** | **292.68** | **892.37** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Univest Nat'l Bank & Trust Co | C | ***6931 | 1,281.62 |
| **Total Direct Deposits** | | | **1,281.62** |