CO 000000 [illegible]
BFR

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

# Earnings Statement

Employee ID 4001129
Page 001 of 001
Period Beg/End: 04/26/2026 - 05/09/2026
Advice Date: 05/15/2026
Advice Number: 0007176938
Batch Number: SCNVLGO75QB5

megan hurley
7 madison rd
willow grove, PA 19090

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked: 10.79
Basis of Pay: Hourly
Pay Rate: 14.90

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.9000 | 10.79 | 160.78 | 2075.66 |
| Gross Pay | | | 160.78 | 2075.66 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Medicare | 2.33 | 30.10 |
| OASDI | 9.97 | 128.69 |
| SUI-Team Member Paid - PA | 0.11 | 1.45 |
| State Tax - PA | 4.94 | 63.71 |
| City Tax - WRNGT | 1.61 | 20.75 |
| PA LST - WRNGT | 2.00 | 20.00 |
| Total Taxes | 20.96 | 264.70 |
| Net Pay | 139.82 | 1810.96 |

**Other Deductions** — This Period — Year-to-Date

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX6931 | 139.82 |

Your Federal taxable wages for this period are: $160.78

*Excluded from taxable wages

© 2002 Automatic Data Processing (ECSUVO)

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

Advice Number: 0007176938
Advice Date: 05/15/2026

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| megan hurley | Checking | XXXXXX6931 | 031913438 | $139.82 |

THIS IS NOT A CHECK

CD 0000
SFR

# Earnings Statement

*Michaels Stores, Inc.*
*3939 West John Carpenter Freeway*
*Irving, TX 75063*

| | |
|---|---|
| Employee ID | 4001129 |
| | Page 001 of 001 |
| Period Beg/End: | 04/12/2026 - 04/25/2026 |
| Advice Date: | 05/01/2026 |
| Advice Number: | 0007129015 |
| Batch Number: | SCIFQMYSYEXE |

**megan hurley**
**7 madison rd**
**willow grove, PA 19090**

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked: 13.45
Basis of Pay: Hourly
Pay Rate: 14.90

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.9000 | 13.45 | 200.42 | 1914.88 |
| Gross Pay | | | 200.42 | 1914.88 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Medicare | 2.91 | 27.77 |
| OASDI | 12.42 | 118.72 |
| SUI-Team Member Paid - PA | 0.14 | 1.34 |
| State Tax - PA | 6.15 | 58.77 |
| PA LST - WRNGT | 2.00 | 18.00 |
| City Tax - WRNGT | 2.00 | 19.14 |
| Total Taxes | 25.62 | 243.74 |
| Net Pay | 174.80 | 1671.14 |

**Other Deductions** | **This Period** | **Year-to-Date**

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX6931 | 174.80 |

Your Federal taxable wages for this period are: $200.42

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

**Michaels Stores, Inc.**
**3939 West John Carpenter Freeway**
**Irving, TX 75063**

**Advice Number:** 0007129015
**Advice Date:** 05/01/2026

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| megan hurley | Checking | XXXXXX6931 | 031913438 | $174.80 |

THIS IS NOT A CHECK

CO
BFR

# Earnings Statement

*Michaels Stores, Inc.*
*3939 West John Carpenter Freeway*
*Irving, TX 75063*

| | |
|---|---|
| Employee ID | 4001129 |
| | Page 001 of 001 |
| Period Beg/End: | 03/29/2026 - 04/11/2026 |
| Advice Date: | 04/17/2026 |
| Advice Number: | 0007067261 |
| Batch Number: | SCLJSYNF0P0L |

**megan hurley**
**7 madison rd**
**willow grove, PA 19090**

**For inquiries on this statement please call: 855-432-6453**

Total Hours Worked: 16.99
Basis of Pay: Hourly
Pay Rate: 14.90

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.9000 | 16.99 | 253.16 | 1714.46 |
| Gross Pay | | | 253.16 | 1714.46 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Medicare | 3.67 | 24.86 |
| OASDI | 15.70 | 106.30 |
| SUI-Team Member Paid - PA | 0.18 | 1.20 |
| State Tax - PA | 7.77 | 52.62 |
| City Tax - WRNGT | 2.53 | 17.14 |
| PA LST - WRNGT | 2.00 | 16.00 |
| Total Taxes | 31.85 | 218.12 |
| Net Pay | 221.31 | 1496.34 |

**Other Deductions** — **This Period** — **Year-to-Date**

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX6931 | 221.31 |

Your Federal taxable wages for this period are: $253.16

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSIIVO)

**Michaels Stores, Inc.**
**3939 West John Carpenter Freeway**
**Irving, TX 75063**

**Advice Number:** 0007067261
**Advice Date:** 04/17/2026

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| megan hurley | Checking | XXXXXX6931 | 031913438 | $221.31 |

THIS IS NOT A CHECK

CO
BFR

Michaels Stores, Inc.
3939 West John Carpenter Freeway
Irving, TX 75063

# Earnings Statement

| | |
|---|---|
| Employee ID | 4001129 |
| | Page 001 of 001 |
| Period Beg/End: | 03/15/2026 - 03/28/2026 |
| Advice Date: | 04/03/2026 |
| Advice Number: | 0007025996 |
| Batch Number: | SCTEMMGLY933 |

**megan hurley**
**7 madison rd**
**willow grove, PA 19090**

**For inquiries on this statement please call: 855-432-6453**
Total Hours Worked: 13.45
Basis of Pay: Hourly
Pay Rate: 14.90

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 14.9000 | 13.45 | 200.42 | 1461.30 |
| Gross Pay | | | 200.42 | 1461.30 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| OASDI | 12.43 | 90.60 |
| Medicare | 2.91 | 21.19 |
| State Tax - PA | 6.15 | 44.85 |
| City Tax - WRNGT | 2.00 | 14.61 |
| PA LST - WRNGT | 2.00 | 14.00 |
| SUI-Team Member Paid - PA | 0.14 | 1.02 |
| Total Taxes | 25.63 | 186.27 |
| Net Pay | 174.79 | 1275.03 |

**Other Deductions** — This Period — Year-to-Date

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| US_Personal Days (Store Management & Store | 0.00 | 0.00 | 0.00 |
| US Vacation (Store Management, Field Full T | 0.00 | 0.00 | 0.00 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXX6931 | 174.79 |

Your Federal taxable wages for this period are: $200.42

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

**Michaels Stores, Inc.**
**3939 West John Carpenter Freeway**
**Irving, TX 75063**

**Advice Number:** 0007025996
**Advice Date:** 04/03/2026

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| megan hurley | Checking | XXXXXX6931 | 031913438 | $174.79 |

THIS IS NOT A CHECK